Case 1:21-cr-00048-RP   Document 1480   Filed 02/21/24   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

United States of America
v.
Laurel Yurchick

Case No: 1:21-cr-00048-RP-17
USM No: 87525-380

Date of Original Judgment: 02/01/2022
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Kristin L. Davidson
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __121__ months **is reduced to** __108__ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

It is further **ORDERED** that any pro se motion for reduction of sentence under Amendment 821 is **DISMISSED AS MOOT**.

It is further **ORDERED** that, if this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a time-served sentence.

Except as otherwise provided, all provisions of the judgment dated __02/01/2022__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/21/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Robert Pitman, U.S. District Judge
*Printed name and title*